UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 13-CV-00078 RHK/JSM

_____

JASON MOSS,

        Plaintiff,

v.                                  NOTICE OF VOLUNTARY
                                       DISMISSAL WITH PREJUDICE

ASSIGNED CREDIT SOLUTIONS, INC.,

        Defendant.

_____

**NOTICE IS HEREBY GIVEN THAT** the Plaintiff in the above-entitled action voluntarily dismisses this matter with prejudice and on the merits, without costs, disbursements, or attorney's fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

                                  MARTINEAU, GONKO & VAVRECK, PLLC

Dated: January 31, 2013         s/ Mark L. Vavreck                   .
                                  Mark L. Vavreck, Esq.
                                  Attorney I.D.#0318619
                                  Attorney for Plaintiff
                                  Designers Guild Building
                                  401 North Third Street, Suite 600
                                  Minneapolis, MN 55401
                                  Telephone: (612) 659-9500
                                  Facsimile:   (612) 659-9220