# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Jason Moss, | Civil No. 13-78 (RHK/JSM) |
| Plaintiff, | **ORDER FOR DISMISSAL** |
| v. | |
| Assigned Credit Solutions, Inc., | |
| Defendant. | |

_____

Based upon the Notice of Voluntary Dismissal with Prejudice (Doc. No. 5) filed by Plaintiff, **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  February 1, 2013

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge